

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-14-00144-CV

Sandra Y. **ESPINOZA**,
Appellant

v.

Ruth V. **THRASHER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 391870
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

In a notification of late clerk's record, the trial court clerk asserted that the clerk's record would be filed by July 24, 2014. No clerk's record, however, has been filed. We therefore ORDER the trial court clerk to file the clerk's record on or before **August 18, 2014. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court